Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only___

FILED
CLERK, U.S. DISTRICT COURT

MAY 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Anthony W. Billings, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | EDCV 10-314-JVS (JEM) |
| v. | |
| United States of America, | **JUDGMENT** |
| | **(Failure to Pay the Initial Partial Filing Fee)** |
| DEFENDANT(S). | |

On _____March 4, 2010_____, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court an initial partial filing fee.

By Order to Show Cause dated _____April 6, 2010_____, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure timely to pay the initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

_____5.14.10_____
Date

_____[signature]_____
United States District Judge

Presented by:

_____[signature: John E. McDermott]_____
United States Magistrate Judge