# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY W. BILLINGS,

          Plaintiff,

          v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

Case No. EDCV 10-0314-JVS (JEM)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that (1) the Second Amended Complaint is dismissed without leave to amend; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED:  March 24, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE